UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA          :

    - v. -                          :

HARRY VARGAS,                     :
    a/k/a "Mo,"
    a/k/a "Peter Perez,"         :
    a/k/a "P Murder,"
    a/k/a "Dough Boy,"           :

        Defendant.          :

- - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: x
DATE FILED: 14/7/07

**INDICTMENT**

07 Cr.

07 CRIM 1099

## **COUNT ONE**

The Grand Jury charges:

1.  From at least in or about July 2005, through at least in or about September 2007, in the Southern District of New York and elsewhere, HARRY VARGAS, a/k/a "Mo," a/k/a "Peter Perez," "P Murder," a/k/a "Dough Boy," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and object of the conspiracy that HARRY VARGAS, a/k/a "Mo," a/k/a "Peter Perez," "P Murder," a/k/a "Dough Boy," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812,

HARRY VARGAS, a/k/a "Mo," a/k/a "Peter Perez," "P Murder," a/k/a "Dough Boy," DANNY CHOU, a/k/a "Chino," SALEM LNU, BENJAMIN RIVERA, a/k/a "Papo," CHRISTIAN SALAS, LOUIS MORAN, a/k/a "Flaco," the defendants and others known and unknown, unlawfully, intentionally, and knowingly would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21 of the United States Code.

<u>Overt Acts</u>

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about July 26, 2005, HARRY VARGAS, a/k/a "Mo," a/k/a "Peter Perez," "P Murder," a/k/a "Dough Boy," BENJAMIN RIVERA, a/k/a "Papo," and SALEM LNU, the defendants, possessed approximately 10 kilograms of cocaine.

b. On or about January 6, 2006, in the Bronx, New York, DANNY CHOU, a/k/a "Chino," SALEM LNU, and LOUIS MORAN, a/k/a "Flaco," the defendants, possessed approximately $1.7 million in the proceeds of illegal narcotics trafficking.

c. On or about February 8, 2006, DANNY CHOU, a/k/a "Chino," the defendant, in the Bronx, New York, possessed approximately 12 kilograms of cocaine.

841(a)(1) and 841(b)(1)(A) of Title 21 of the United States Code.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about July 26, 2005, HARRY VARGAS, a/k/a "Mo," a/k/a "Peter Perez," "P Murder," a/k/a "Dough Boy," the defendant, in the Bronx, New York, possessed approximately 10 kilograms of cocaine.

(Title 21, United States Code, Section 846.)

_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

2

Form No. USA-33s-274 (Ed. 9-25-58)

---

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

### UNITED STATES OF AMERICA

- v. -

HARRY VARGAS,
a/k/a "Mo,"
a/k/a "Peter Perez,"
a/k/a "P Murder,"
a/k/a "Dough Boy,"

Defendant.

---

### INDICTMENT

07 Cr. _____

(Title 21, United States Code,
Section 846.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

12/5/07  Indictment filed, arrest warrant issued.

F. Maas, USMJ