UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :
                                            ORDER
         - v. -                         :
                                            07 Cr. 1099
HARRY VARGAS,                           :
    a/k/a "Mo,"
    a/k/a "Peter Perez,"                :
    a/k/a "P Murder,"
    a/k/a "Dough Boy,"                  :
DANNY CHOU,
    a/k/a "Chino,"                      :
SALEM LNU,
BENJAMIN RIVERA,
    a/k/a "Papo,"
CHRISTIAN SALAS,
LOUIS MORAN,
    a/k/a "Flaco,"

                  Defendants.
- - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07

     Upon the application of the United States, by the United States Attorney for the Southern District of New York, Michael J. Garcia, by Assistant United States Attorney Todd Blanche;

     It is found that the Indictment in the above-captioned action is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

     ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
       December 17, 2007

RONALD L. ELLIS
United States Magistrate Judge
Southern District of New York

_____
UNITED STATE MAGISTRATE JUDGE