ORIGINAL

CR 12 (Rev. 5/03)  **WARRANT FOR ARREST**  Todd Blanche 212-637-2494

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**HARRY VARGAS** | DOCKET NO.  MAGISTRATE'S CASE NO.<br>**07 CRIM 1099** |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>**HARRY VARGAS** |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>X Indictment    Information    Complaint | DISTRICT OF ARREST |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Conspiracy to distribute cocaine

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>21 | SECTION<br>846 |
|---|---|---|

| | BAIL | OTHER CONDITIONS OF RELEASE | | |
|---|---|---|---|---|
| ORDERED BY: FRANK MAAS<br>United States Magistrate Judge<br>Southern District of New York | | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | | DATE ORDERED<br>**DEC 0 6 2007** |
| CLERK OF COURT | | (BY) DEPUTY CLERK | | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>12/17/2007 | S/A Sean Simpson | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.