```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,           :

            - v -                   :      07 Cr. 1099 (NRB)

HARRY VARGAS,                       :         O R D E R

            Defendant.              :
------------------------------------x
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** at a pre-trial conference held on January 3, 2008, the Court noted the serious medical issues relating to Harry Vargas's left leg and directed the Metropolitan Detention Center (MDC) to attend to Mr. Vargas's medical condition(s);

**WHEREAS** it has been reported to this Court that the condition of Mr. Vargas's leg is perceptibly deteriorating; it is hereby

**ORDERED** that the Warden of the MDC ensure that a complete medical evaluation of Mr. Vargas's left leg is conducted forthwith and that the appropriate medical treatment be commenced forthwith; and it further

**ORDERED** that a report describing the medical treatment accorded to Mr. Vargas be forwarded to the Court within one week of the date of this Order.

DATED:   New York, New York
         March 6, 2008

                                         *(signature)*
                                         NAOMI REICE BUCHWALD
                                         UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

Lawrence R. DiGiansante, Esq.
984 Morris Park Avenue
Bronx, NY 10462

Todd Blanche
United States Attorney's Office
Southern District of New York
1 St. Andrew's Plaza
New York, NY 10007

Warden, MDC Brooklyn
Metropolitan Detention Center
PO Box 329001
Brooklyn, NY 11232