

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 2, 2008

<u>BY FACSIMILE</u>

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2270
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

Re:   <u>United States v. Harry Vargas et al.</u>
      07 Cr. 1099 (NRB)

Dear Judge Buchwald:

    The next pretrial conference is scheduled for tomorrow, June 3, 2008, at 4:30 p.m. Discovery has been produced, which included many audio CDs, as well as additional discovery. The parties have been reviewing discovery, and the Government is responding to additional discovery requests. The parties have not completed the review of discovery. Therefore, the parties respectfully request that the pre-trial conference scheduled for tomorrow be adjourned for approximately one month to allow the parties to continue discussions about a possible resolution to this case.

    Defendant Benjamin Rivera, however, has not appeared before Your Honor, and, therefore, will be present at tomorrow's conference.

    If Your Honor grants this request, then the Government respectfully requests that the Court exclude time from June 3, 2008, until the date of the next conference, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant and the



Endorsement
The conference is adjourned for all defendants except Rivera until July 2, 2008 at 4 p.m. and Speedy Trial time is included pursuant to 18 U.S.C. §3161(h)(8)(A) for the reasons stated herein. So Ordered.
6/3/08   [signature] Naomi Reice Buchwald USDJ

Hon. Naomi Reice Buchwald
June 2, 2008
Page 2

Government time to continue discussions about a possible pretrial resolution to this case. Defense counsel consents to this request for an adjournment.

> Respectfully submitted,
>
> MICHAEL J. GARCIA
> United States Attorney
>
> By: _____
> Todd Blanche
> Assistant U.S. Attorney
> (212) 637-2494
> (212) 637-2390 (facsimile)

Encl.

cc: Lawrence DiGiansante, Esq.
    Attorney for defendant Harry Vargas
    (by facsimile)

   Ira London, Esq.
   Attorney for defendant Danny Chou
   (by facsimile)

   Joseph Grob, Esq.
   Attorney for defendant Christian Salas
   (by facsimile)

   Neil Checkman, Esq.
   Attorney for defendant Mohammed Salem Qureshi

   Gregory Cooper, Esq.
   Attorney for defendant Benjamin Rivera

   Eric Sears, Esq.
   Attorney for defendant Eric Sears